**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: L2 Digital, LLC v. Adam Tracy et al.

Case Number: 1:26-cv-03651

An appearance is hereby filed by the undersigned as attorney for:

L2 Digital, LLC

Attorney name (type or print): Benjamin S. Morrell

Firm: Taft Stettinius & Hollister LLP

Street address: 111 E. Wacker Dr., Ste. 2600

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6341896
(See item 3 in instructions)

Telephone Number: 312-527-4000

Email Address: bmorrell@taftlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ Yes | ☐ No |
| Are you a member of the court's general bar? | ✔ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ✔ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ✔ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ✔ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 04/01/2026

Attorney signature: S/ Benjamin S. Morrell
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023