442390
Law Firm Ref#: 128494.00002

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

L2 DIGITAL, LLC, a Wyoming limited liability company,

      Plaintiff(s)

      vs.

ADAM TRACY, an individual; 1944, LLC, an Illinois limited liability company; and CAPITAL LAW GROUP, LLC d/b/a BLOCKRUNNER, LLC, a dissolved Illinois limited liability company,

      Defendant(s)

Case No.: 1:26-cv-3651

**AFFIDAVIT OF SPECIAL PROCESS SERVER**



I, <u>JOHN J PENNELL</u>, being first duly sworn on oath, deposes and states the following:

I am over the of 18 and not a party to this action. I am an agent of It's Your Serve, Inc., Illinois Department of Financial and Professional Regulation number 117.000885. I am licensed or registered as a private detective under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004, or a registered employee of a private detective agency certified under that Act. I attempted service of the within **Summons in a Civil Action; Complaint to Capital Law Group, LLC d/b/a Blockrunner, LLC c/o Registered Agent: Registered Agents, Inc., located at 2501 Chatham Road, Ste. R, Springfield, IL 62704** resulting in the following:

☐ **PERSONAL SERVICE:** By leaving a copy of the process with Capital Law Group, LLC d/b/a Blockrunner, LLC c/o Registered Agent: Registered Agents, Inc. personally on the ____ day of _____, 20____ at _____M.

☒ **AUTHORIZED SERVICE:** By leaving a copy of the process with:
Name: <u>ALANA BRADLEY</u>, Title: <u>AUTHORIZED AGENT</u>, an individual of the company willing and able to accept on behalf of the entity/respondent/witness on the <u>3RD</u> day of <u>APRIL</u>, 20 <u>26</u> at <u>02:15</u> <u>P</u> M.

☐ **SUBSTITUTE SERVICE:** By leaving a copy of the process at the above address which is Capital Law Group, LLC d/b/a Blockrunner, LLC c/o Registered Agent: Registered Agents, Inc.'s usual place of abode with:
Name: _____, Relationship: _____, a person of his/her family, or other person residing there, over the age of 13 years who was informed of the contents of the listed documents on the ____ day of _____, 20____ at _____M.
After substitute service, I mailed a copy of the listed documents via regular mail to the subject on the ____ day of _____, 20____.

☐ **NON-SERVICE:** for the following reasons with the **DATE** and **TIME** of each attempt listed along with a description of the attempt **(attach an additional sheet if needed):**

__/__/____ @_____:_____

__/__/____ @_____:_____

__/__/____ @_____:_____

A description of person with whom the documents were left is as follows:

Sex: <u>FEMALE</u>   Race: <u>WHITE</u>   Approx. Age: <u>38</u>   Height: <u>5'5"</u>   Weight: <u>150#</u>   Hair: <u>BLONDE</u>

      Noticeable features/Notes: _____

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn before me on
this <u>3RD</u> day of <u>APRIL</u>, 20 <u>26</u>

**OFFICIAL SEAL**
Notary Public **RACHEL ELIZABETH PENNELL**
**Notary Public, State of Illinois**
**Commission No. 997692**
**My Commission Expires Sept. 30, 2028**

_____
(Server Signature)

JOHN J PENNELL
_____
(Print Name)

04/03/2026
_____
(Date)

SAAFF/442390