AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-03651

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Adam Tracy

was received by me on *(date)*  4/2/2026  .

☑ I personally served the summons on the individual at *(place)*  1944 Gladstone Dr, Wheaton, IL 60189-5824  on *(date)*  4/7/2026  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  4/7/26

_____
*Server's signature*

Michael Menichini, Process Server
*Printed name and title*

134 N. LaSalle St, #1410 Chicago, IL 60602
*Server's address*

#442352

Additional information regarding attempted service, etc:

442352
**Law Firm Ref#: 128494.00002**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

L2 DIGITAL, LLC, a Wyoming limited liability company,

**Plaintiff(s),**

VS

Case No.: **1:26-cv-3651**

ADAM TRACY, an individual; et al.,

**Defendant(s).**

## AFFIDAVIT OF SPECIAL PROCESS SERVER

**Michael Menichini** being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am a registered employee of It's Your Serve, Inc., Illinois Department of Financial and Professional Regulation number 117.000885.

INDIVIDUAL TO BE SERVED: **Adam Tracy**

I, Served the within named INDIVIDUAL on **4/7/2026 at 2:10 PM**

**INDIVIDUAL SERVICE:** By delivering to the within named INDIVIDUAL a copy of this process personally.

TYPE OF PROCESS: **Summons in a Civil Action; Complaint**

ADDRESS WHERE SERVED: **1944 Gladstone Dr, Wheaton, IL 60189-5824**

The sex, race and approximate age of the individual with whom the copy of this process was left is as follows:

Sex: **Male** - Race: **Caucasian** - Hair: **Brown** - Approx. Age: **36** - Height: **6'0** - Weight: **210**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.



Michael Menichini, Process Server 129305782
Dated: 4/7/26



It's Your Serve, Inc.
134 N. LaSalle Street, #1410
Chicago, IL 60602
(312) 855-0303

442352

Order #:442352/ILPRF441