444321
**Law Firm Ref#: L2 Digital, LLC**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

L2 DIGITAL, LLC, a Wyoming limited liability company,

Case No.: **1:26-cv-03651**

   **Plaintiff(s),**

   VS

ADAM TRACY, an individual; et al.,

   **Defendant(s).**

## AFFIDAVIT OF SPECIAL PROCESS SERVER

**Michael Mitchell** being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am a registered employee of It's Your Serve, Inc., Illinois Department of Financial and Professional Regulation number 117.000885.

INDIVIDUAL/ENTITY TO BE SERVED: **1944, LLC c/o Secretary of State**

I, Served the within named INDIVIDUAL/ENTITY on **4/23/2026 at 9:37 AM**

**CORPORATE SERVICE:** by leaving a copy of this process with **Sue (No Surname Given)** (Title): **Business Services Representative** , a person authorized to accept service. I informed that person of the contents thereof.

TYPE OF PROCESS: **Affidavit of Compliance (x2); Summons in a Civil Action; Complaint; Check in the Amount of: ($5.00)**

ADDRESS WHERE SERVED: **69 W Washington St Ste 1240, Chicago, IL 60602-3150**

The sex, race and approximate age of the individual/entity with whom the copy of this process was left is as follows:

Sex: **Female** - Race: **Asian** - Hair: **Black** - Approx. Age: **55-60** - Height: **Sitting Down** - Weight: **140**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

Michael Mitchell, Process Server 129409960
Dated: 4 / 28 / 2026



It's Your Serve, Inc.
134 N. LaSalle Street, #1410
Chicago, IL 60602
(312) 855-0303

444321

Order #:444321/ILPRF441