**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| L2 DIGITAL, LLC, a Wyoming limited liability company, | |
| Plaintiff, | Case No. 1:26-cv-3651 |
| v. | Judge Lindsay C. Jenkins |
| ADAM TRACY, an individual; 1944, LLC, an Illinois limited liability company; and CAPITAL LAW GROUP, LLC d/b/a BLOCKRUNNER, LLC, a dissolved limited liability company, | Magistrate Judge Berry |
| Defendants. | |

## STATUS REPORT

Plaintiff L2 Digital, LLC submits this status report pursuant to the Court's May 6, 2026 order. (D.E. 13.)

L2 Digital filed the complaint in this case on April 1, 2026. (D.E. 1.) It served Defendant Capital Law Group, LLC d/b/a Blockrunner, LLC ("Blockrunner") with the summons and complaint on April 3, and served Defendant Tracy on April 7. (D.E. 9; D.E. 10.) L2 Digital also attempted to serve Defendant 1944, LLC, but its initial attempts were unsuccessful. L2 Digital eventually effected service on 1944, LLC by serving the Illinois Secretary of State in accordance with 805 ILCS 180/1-50(b), on April 23. (D.E. 12); *see* Fed. R. Civ. P. 4(h)(1)(A), (e)(1).

Both Blockrunner's and Tracy's deadlines to answer or otherwise respond to the complaint have now elapsed. (*See id.*) 1944, LLC has until May 15, 2026. L2 Digital intends to move for entry of default and a default judgment against Blockrunner and Tracy, as well as 1944, LLC, if it also fails to timely respond to the complaint.

Plaintiff's counsel was in contact with Defendant Tracy via telephone and email prior to the filing of this lawsuit. However, Plaintiff's counsel has not been in contact with Defendants since filing the complaint. L2 Digital is not aware of whether Defendants have retained counsel.

Dated: May 12, 2026

Respectfully submitted,

L2 DIGITAL, LLC

*/s/ Benjamin S. Morrell*
Benjamin S. Morrell (IL ARDC No. 6341896)
Spencer J. Parts (IL ARDC No. 6346375)
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
Tel.: (312) 527-4000
Fax: (312) 527-4011
bmorrell@taftlaw.com
sparts@taftlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system. I further certify that on the date listed below, I sent copies of the foregoing document via USPS First-Class Mail, postage prepaid, to the following addresses:

**Adam Tracy**
1944 Gladstone Dr.
Wheaton, IL 60189

**Capital Law Group, LLC d/b/a Blockrunner, LLC**
1944 Gladstone Dr.
Wheaton, IL 60189

**1944, LLC**
c/o Thomas Tracy
1011 Lexington St.
Wheaton, IL 60187-3846

Dated: May 12, 2026

*/s/ Benjamin S. Morrell*