# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| L2 DIGITAL, LLC, a Wyoming limited liability company,<br><br>      Plaintiff,<br><br>      v.<br><br>ADAM TRACY, an individual; 1944, LLC, an Illinois limited liability company; and CAPITAL LAW GROUP, LLC d/b/a BLOCKRUNNER, LLC, a dissolved limited liability company,<br><br>      Defendants. | Case No. 1:26-cv-3651<br><br>Judge Lindsay C. Jenkins |

## MOTION FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), Plaintiff L2 Digital, LLC respectfully requests that the Clerk enter default against Defendants Adam Tracy, 1944, LLC and Capital Law Group, LLC d/b/a Blockrunner, LLC, for failure to plead or otherwise defend this action. Attached hereto as **Exhibit 1** and incorporated herein is the supporting Declaration of Benjamin S. Morrell, which describes the basis for L2 Digital, LLC's request.

Dated: May 18, 2026

Respectfully submitted,

L2 DIGITAL, LLC

*/s/ Benjamin S. Morrell*
Benjamin S. Morrell (IL ARDC No. 6341896)
Spencer J. Parts (IL ARDC No. 6346375)
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601

Tel.: (312) 527-4000
Fax: (312) 527-4011
bmorrell@taftlaw.com
sparts@taftlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system. I further certify that on the date listed below, I sent copies of the foregoing document via USPS First-Class Mail, postage prepaid, to the following addresses:

**Adam Tracy**
1944 Gladstone Dr.
Wheaton, IL 60189

**Capital Law Group, LLC d/b/a Blockrunner, LLC**
1944 Gladstone Dr.
Wheaton, IL 60189

**1944, LLC**
c/o Thomas Tracy
1011 Lexington St.
Wheaton, IL 60187-3846

Dated: May 18, 2026

*/s/ Benjamin S. Morrell*

3