# Exhibit 1

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| L2 DIGITAL, LLC, a Wyoming limited liability company,<br><br>      Plaintiff,<br><br>      v.<br><br>ADAM TRACY, an individual; 1944, LLC, an Illinois limited liability company; and CAPITAL LAW GROUP, LLC d/b/a BLOCKRUNNER, LLC, a dissolved limited liability company,<br><br>      Defendants. | Case No. 1:26-cv-3651<br><br>Judge Lindsay C. Jenkins |

## <u>DECLARATION OF BENJAMIN S. MORRELL</u>

In accordance with 28 U.S.C. § 1746, I, Benjamin S. Morrell, declare and state as follows:

1. I am one of the attorneys of record for Plaintiff L2 Digital, LLC in the above-captioned action. I submit this Declaration in support of Plaintiff's Motion for Clerk's Entry of Default against Defendants Adam Tracy, 1944, LLC, and Capital Law Group, LLC d/b/a Blockrunner, LLC ("Blockrunner").

2. L2 Digital filed its Complaint against Defendants in this action on April 1, 2026. (D.E. 1.)

3. On April 2, the Court issued summons as to Tracy, 1944, LLC and Blockrunner. (D.E. 7.)

4. L2 Digital served Blockrunner with the summons and complaint by on April 3. (D.E. 9.) Accordingly, Blockrunner's deadline to respond or otherwise plead was April 24, 2026. Fed. R. Civ. P. 12(a)(1)(A)(i).

5.     L2 Digital served Mr. Tracy with the summons and complaint on April 7, 2026. (D.E. 11.) Accordingly, Mr. Tracy's deadline to respond or otherwise plead was April 28, 2026.

6.     L2 Digital attempted service on 1944, LLC, but its initial attempts were unsuccessful. L2 Digital eventually effected service on 1944, LLC by serving the Illinois Secretary of State pursuant to 805 ILCS 180/1-50(b). This took place on April 23, 2026 (D.E. 12). Accordingly, 1944, LLC's deadline to respond or otherwise plead was May 14, 2026.

7.     On May 12, 2026, Plaintiff filed a status report, at the Court's request, alerting the Court to the status of the case, including that no defendant had appeared. (D.E. 14.)

8.     As of this date, May 18, 2026, Plaintiff has not been served with an answer or other pleading by any Defendant. I reviewed the publicly available docket this day, May 18, and confirmed that no Defendant has filed an answer or other responsive pleading in this action.

9.     Accordingly, the clerk must enter default against Mr. Tracy, 1944, LLC, and Capital Law Group, pursuant to Fed. R. Civ. P. 55(a).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 18, 2026.

By: _____
DocuSigned by:
Benjamin Morrell
A1EBE06ADAFF407...
Benjamin S. Morrell

2