# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| L2 DIGITAL, LLC, a Wyoming limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>ADAM TRACY, an individual; 1944, LLC, an Illinois limited liability company; and CAPITAL LAW GROUP, LLC d/b/a BLOCKRUNNER, LLC, a dissolved limited liability company,<br><br>    Defendants. | Case No. 1:26-cv-3651<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Judge Berry |

## STATUS REPORT

Plaintiff L2 Digital, LLC submits this status report pursuant to the Court's May 26, 2026 order. (D.E. 17.)

The Court granted entry of default pursuant to Federal Rule of Civil Procedure 55(a) against all three Defendants on May 26, 2026. (*Id.*) Plaintiff intends to move for a default judgment pursuant to Rule 55(b) against all three Defendants, and requests 21 days to do so, up to and including July 17, 2026. That motion will include a request for attorney's fees pursuant to the fee-shifting provisions in the relevant contracts between the parties. If the motion for default judgment is granted, Plaintiff intends to file a fee petition afterward, and requests 21 days after the entry of any default judgment to do so.

Dated: June 26, 2026

            Respectfully submitted,

L2 DIGITAL, LLC

*/s/ Benjamin S. Morrell*

Benjamin S. Morrell (IL ARDC No. 6341896)
Spencer J. Parts (IL ARDC No. 6346375)
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
Tel.: (312) 527-4000
Fax: (312) 527-4011
bmorrell@taftlaw.com
sparts@taftlaw.com

*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system. I further certify that on the date listed below, I sent copies of the foregoing document via USPS First-Class Mail, postage prepaid, to the following addresses:

**Adam Tracy**
1944 Gladstone Dr.
Wheaton, IL 60189

**Capital Law Group, LLC d/b/a Blockrunner, LLC**
1944 Gladstone Dr.
Wheaton, IL 60189

**1944, LLC**
c/o Thomas Tracy
1011 Lexington St.
Wheaton, IL 60187-3846

Dated: June 26, 2026

*/s/ Benjamin S. Morrell*

3