# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| L2 DIGITAL, LLC, a Wyoming limited liability company, | |
| Plaintiff, | Case No. 1:26-cv-3651 |
| v. | Judge Lindsay C. Jenkins |
| ADAM TRACY, an individual; 1944, LLC, an Illinois limited liability company; and CAPITAL LAW GROUP, LLC d/b/a BLOCKRUNNER, LLC, a dissolved limited liability company, | Magistrate Judge Berry |
| Defendants. | |

## NOTICE OF SERVICE

Plaintiff L2 Digital, LLC submits this notice pursuant to the Court's July 20, 2026 order. (D.E. 22.) On the date listed below, copies of the Court's July 20, 2026 order were mailed to the following addresses, via USPS first-class certified mail, postage prepaid:

**Adam Tracy**
1944 Gladstone Dr.
Wheaton, IL 60189

**Capital Law Group, LLC d/b/a Blockrunner, LLC**
1944 Gladstone Dr.
Wheaton, IL 60189

**1944, LLC**
c/o Thomas Tracy
1011 Lexington St.
Wheaton, IL 60187-3846

Dated: July 20, 2026

Respectfully submitted,

L2 DIGITAL, LLC

/s/ Benjamin S. Morrell
Benjamin S. Morrell (IL ARDC No. 6341896)
Spencer J. Parts (IL ARDC No. 6346375)
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
Tel.: (312) 527-4000
Fax: (312) 527-4011
bmorrell@taftlaw.com
sparts@taftlaw.com

*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system. I further certify that on the date listed below, I sent copies of the foregoing document via USPS First-Class Mail, postage prepaid, to the following addresses:

**Adam Tracy**
1944 Gladstone Dr.
Wheaton, IL 60189

**Capital Law Group, LLC d/b/a Blockrunner, LLC**
1944 Gladstone Dr.
Wheaton, IL 60189

**1944, LLC**
c/o Thomas Tracy
1011 Lexington St.
Wheaton, IL 60187-3846

Dated: July 20, 2026

*/s/ Benjamin S. Morrell*

3