**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| L2 DIGITAL, LLC, a Wyoming limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ADAM TRACY, an individual; 1944, LLC, an Illinois limited liability company; and CAPITAL LAW GROUP, LLC d/b/a BLOCKRUNNER, LLC, a dissolved limited liability company,<br><br>Defendants. | Case No. 1:26-cv-3651<br><br>Judge Lindsay C. Jenkins |

**DEFAULT JUDGMENT ORDER**

This matter is before the Court on Plaintiff's unopposed Motion for Default Judgment. (Dkt. 21.) The Court, being fully advised, and default having been entered against all Defendants (Dkt. 17), **ORDERS** as follows:

1. Plaintiff L2 Digital, LLC's Motion for of Default Judgment (Dkt. 21) is **GRANTED IN FULL**. Judgment is entered against Defendants Adam Tracy, Capital Law Group, and Blockrunner, LLC on Counts I, II, and III of Plaintiff's Complaint.

2. Plaintiff L2 Digital, LLC, is hereby awarded the sum of $182,808.22. This amount is $125,000 for principal on the Senior Secured Promissory Note plus 20% per annum default interest from April 7, 2024, to the date of entry of this judgment, July 30, 2026 (two years and 114 days).

3. The $125,000 awarded as principal on the Senior Secured Promissory Note (Motion ¶ 1, Dkt. 21) is a "sum certain," and the 20% per annum default interest awarded (Motion ¶ 4, Dkt. 21) is a "sum that can be made certain by computation." Fed. R. Civ. P. 55(b)(1).

4. Plaintiff is entitled to recover its attorney's fees and costs as specified in the contracts that are the subject of this action. Plaintiff shall submit a fee petition to prove up the amount of attorney's fees and costs it has incurred by August 21, 2026.

IT IS SO ORDERED.

______________________________
Hon. Lindsay C. Jenkins