**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| L2 DIGITAL, LLC, a Wyoming limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ADAM TRACY, an individual; 1944, LLC, an Illinois limited liability company; and CAPITAL LAW GROUP, LLC d/b/a BLOCKRUNNER, LLC, a dissolved limited liability company,<br><br>Defendants. | Case No. 1:26-cv-3651<br><br>Judge Lindsay C. Jenkins |

## PETITION FOR ATTORNEY'S FEES

Plaintiff L2 Digital, LLC respectfully requests this Court award it attorney's fees in the amount of $28,340.53. In support thereof, Plaintiff L2 Digital states as follows:

1. This is an action by Plaintiff L2 Digital to recover monies it is owed on a $125,000 Senior Secured Promissory Note (the "Note") Defendant Adam Tracy ("Tracy") executed in its favor on February 6, 2024. (Compl., D.E. 1, ¶ 1.) Defendants 1944, LLC and Capital Law Group, LLC guaranteed Defendant Tracy's performance on the Note. (*Id.* ¶ 14.)

2. L2 Digital filed its Complaint in this action on April 1, 2026. (*Id.*) Defendants never answered or filed responsive pleading within the time allotted for them to do so. (D.E. 17.) Accordingly, the Court entered default against each of the Defendants on May 26, 2026. (*Id.*)

3. On July 17, 2026, L2 Digital moved for a default judgment in its favor in the amount of $125,000, plus 20% per annum in default interest to the date of judgment (D.E. 17). The Court granted this motion on July 29, 2026. (D.E. 24.)

4. On July 31, 2026, the Court entered judgment in favor of L2 Digital and against Defendants in the amount of $182,808.22. (D.E. 25.) The Court further ordered that L2 Digital is "entitled to recover its attorney's fees and costs as specified in the contracts that are the subject of this action. Plaintiff shall submit a fee petition to prove up the amount of attorney's fees and costs it has incurred . . . ." (*Id.*)

5. The Note provides that, in the event Tracy did not perform his obligations thereunder, he "shall pay all costs of collection, including reasonable attorney's fees and all costs of suit and preparation for such suit" (Note, D.E. 1-1, ¶ 11.)

6. A Security Agreement between L2 Digital and Tracy, securing Tracy's obligation on the note, requires that Tracy "reimburse [L2 Digital] for all legal fees and other costs and expenses incurred in collecting or enforcing the Loan Documents and this Agreement." (Security Agreement, D.E. 1-2, ¶ 6.)

7. A Securities Pledge Agreement executed by Tracy in favor of L2 Digital in connection with the Note states: "If any legal action or other proceeding is brought in connection with [the Securities Pledge Agreement], the successful or prevailing party . . . shall be entitled to recover from the non-prevailing party reasonable attorney's fees and other costs incurred in such action or proceeding . . . ." (Securities Pledge Agreement, D.E. 1-3, ¶ 14.)

8. The Guaranty executed by 1944, LLC and Capital Law Group in favor of L2 Digital provided that 1944, LLC and Capital Law Group are "liable to [L2 Digital] for any and all costs and expenses, including without limitation reasonable attorney's fees, incurred by [L2 Digital] in enforcing [Adam Tracy]'s obligations under the Note and Guarantor's obligations under this Guaranty." (Guaranty, D.E. 1-4, ¶ 2.)

9. L2 Digital has incurred attorney's fees in the amount of $28,340.53 to enforce its rights under the Note. (**Ex. A**, Decl. of Benjamin S. Morrell.)

10. These fees were reasonable. Counsel for Plaintiff spent a total of 40.5 hours of professional time on this action, which was reasonable in light of the demands of this case. (*Id.* ¶¶ 5–6.) The hourly rates charged by counsel for Plaintiff—$875 for a partner (who spent a minimal amount of time on the case), $705 for a senior associate, and $510 for an associate—were reasonable in light of their respective levels of experience and the prevailing rates in the Chicago legal market in which they practice.

11. Under the Note and related loan documents, Plaintiff is entitled to recover these reasonable fees.

WHEREFORE, Plaintiff L2 Digital respectfully requests that this Court award it $28,340.53 in attorney's fees and costs, and grant any other and further relief the Court deems just and proper.

Dated: August 21, 2026

Respectfully submitted,

L2 DIGITAL, LLC

*/s/ Benjamin S. Morrell*

Benjamin S. Morrell (IL ARDC No. 6341896)
Spencer J. Parts (IL ARDC No. 6346375)
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
Tel.: (312) 527-4000
Fax: (312) 527-4011
bmorrell@taftlaw.com

sparts@taftlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system. I further certify that on the date listed below, I sent copies of the foregoing document via USPS First-Class Mail, postage prepaid, to the following addresses:

**Adam Tracy**
1944 Gladstone Dr.
Wheaton, IL 60189

**Capital Law Group, LLC d/b/a Blockrunner, LLC**
1944 Gladstone Dr.
Wheaton, IL 60189

**1944, LLC**
c/o Thomas Tracy
1011 Lexington St.
Wheaton, IL 60187-3846

Dated: August 21, 2026

*/s/ Benjamin S. Morrell*