# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| L2 DIGITAL, LLC, a Wyoming limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ADAM TRACY, an individual; 1944, LLC, an Illinois limited liability company; and CAPITAL LAW GROUP, LLC d/b/a BLOCKRUNNER, LLC, a dissolved limited liability company,<br><br>Defendants. | Case No. 1:26-cv-3651<br><br>Judge Lindsay C. Jenkins |

## DECLARATION OF BENJAMIN S. MORRELL

In accordance with 28 U.S.C. § 1746, I, Benjamin S. Morrell, declare and state as follows:

1. I am an attorney licensed to practice law in Illinois and I represent Plaintiff L2 Digital, LLC in this matter.

2. Plaintiff has incurred attorney's fees and costs of $28,340.53 in the course of its efforts to enforce its rights under the Senior Secured Promissory Note executed by Defendant Adam Tracy in favor of Plaintiff, dated February 6, 2024 (the "Note"). Attached to this declaration as **Exhibit 1** are two billing statements of Taft Stettinius & Hollister, LLP for this matter reflecting all such fees incurred by Plaintiff.

3. These billing statements were sent by Plaintiff's counsel to Plaintiff to the attention of Brian Nelson, who is the sole member of Plaintiff. Exhibit 1 contains redactions to remove account numbers and other sensitive financial information, as well as personal identifying information of Mr. Nelson. The billing entries themselves are not redacted.

4. Plaintiff has incurred attorney's fees in this matter totaling $27,294. This amount includes professional services provided by three attorneys: myself, and my colleagues Theodore Wern and Spencer Parts.

5. Specifically, it includes 30.7 hours at my standard billing rate of (as of January 1, 2026) $705 per hour. It includes 10.3 hours at my colleague Spencer Parts' standard billing rate $510 per hour. It also includes 0.5 hours at Mr. Wern's standard billing rate of approximately $875 per hour.

6. The total number of professional hours expended on this matter was reasonable in light of the complexity of the case.

7. The hourly rates charged my colleagues and I have charged in this matter are reasonable in light of our respective levels of experience and the prevailing rates in the Chicago legal market in which we practice.

8. Plaintiff has also incurred costs of $1,046 in the instant action, namely, court filing fees and fees to effect service of process. The attached billing statements support this calculation of costs. These costs were reasonable and necessary for prosecution of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 21, 2026

*/s/ Benjamin S. Morrell*