# Exhibit 1

Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2600 / Chicago, IL 60601
Tel: 312.527.4000 / Fax: 312.527.4011
www.taftlaw.com
FEIN#: [redacted]

April 14, 2026
Invoice # [redacted]

Brian Nelson
[redacted]

# INVOICE SUMMARY

Client/File #128494/00002 TWWE

For professional services rendered and costs advanced through March 31, 2026:

**RE: L2 Investments v. Adam Tracy**

| | |
|---|---|
| Professional Services | 6,108.00 |
| Costs Advanced | .00 |
| TOTAL THIS INVOICE | 6,108.00 |

**DUE UPON RECEIPT**

Client/File #128494/00002 Invoice #: [redacted]

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description Of Services Rendered | Hours |
|---|---|---|---|
| 12/19/25 | BMOR | Prepare for and attend call with T. Wern regarding debt collection matter and related issues, and review relevant correspondence regarding same. | .50 |
| 1/06/26 | TWWE | Emails and calls regarding collection matter | .50 |
| 2/08/26 | BMOR | Review and revise draft federal court complaint analyzing documents received from client and relevant caselaw, statutory provisions, and other sources of law as necessary. | .50 |
| 2/09/26 | BMOR | Emails with A. Tracy regarding discussing his repayment plan, emails with client regarding same, emails with research department regarding encumbrances on Tracy's house and other liens, and review documents regarding same. | 1.00 |
| 2/11/26 | BMOR | Prepare for and attend for and attend call with A. Tracy to discuss his proposed payment plan, emails with client and T. Wern regarding same. | .50 |
| 2/12/26 | BMOR | Further revisions to draft complaint, analyzing case documents as necessary. | .50 |
| 2/13/26 | BMOR | Further emails with research department regarding title searches and liens and other encumbrances on A. Tracy's property, follow up email with A. Tracy regarding repayment plan, and emails with client regarding same. | .20 |
| 2/18/26 | BMOR | Emails with client and T. Wern regarding case strategy and next steps. | .30 |
| 2/19/26 | BMOR | Emails with A. Tracy regarding repayment plan, emails with client and T. Wern regarding same. | .20 |
| 2/20/26 | BMOR | Emails with A. Tracy regarding repayment plan, and emails with client, T. Wern, and S. Parts regarding same. | .30 |
| 3/02/26 | BMOR | Emails with client regarding first payment from A. Tracy due today. | .10 |
| 3/05/26 | BMOR | Emails with A. Tracy regarding nonpayment and emails with client regarding same and filing lawsuit next week. | .20 |
| 3/06/26 | BMOR | Emails with client regarding filing lawsuit next week. | .10 |
| 3/09/26 | BMOR | Complete drafting complaint, analyzing case documents and relevant Illinois law on suing defunct LLCs as necessary, finish compiling exhibits, open case on federal docket, finalize and file complaint and exhibits, and emails with client and T. Wern regarding same. | 2.10 |
| 3/31/26 | BMOR | Review and revise complaint, review prior correspondence and case documents, and review relevant court rules as necessary. | 1.60 |

**TOTAL PROFESSIONAL SERVICES** **6,108.00**

**TOTAL THIS INVOICE** **6,108.00**

**SUMMARY OF PROFESSIONAL SERVICES**

Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2600 / Chicago, IL 60601
Tel: 312.527.4000 / Fax: 312.527.4011
www.taftlaw.com
FEIN#: [redacted]

Taft Stettinius & Hollister
111 East Wacker Drive, Suite 2600 / Chicago, IL 60601
Tel: 312.527.4000 / Fax: 312.527.4011
www.taftlaw.com
FEIN#: [redacted]

April 14, 2026
Invoice # [redacted]

Brian Nelson
[redacted]

---

**REMITTANCE ADVICE**

Client/File #: 128494/00002 TWWE

| | | |
|---|---|---|
| **THIS INVOICE TOTAL** | **$** | **6,108.00** |

**DUE UPON RECEIPT**

**Please return this advice with payment to:**

**Taft Stettinius & Hollister LLP**
**ATTN: Accounts Receivable**
[redacted]

**BEWARE OF CYBER-FRAUD**
**Below are the correct wire/ACH instructions for Taft Stettinius & Hollister LLP. As a best practice, you should always call your Taft contact at a number you know is valid to verbally confirm wire instructions before initiating any transfer - especially if you receive an email containing different information than shown below.**

**Wire Transfer Instructions:**

Wintrust Bank, N.A.
Chicago, IL
Swift Code [redacted]
ABA# [redacted]
Account # [redacted]
Taft Stettinius & Hollister LLP
Send Notices to [redacted]

**To Pay by Credit Card/eCheck:**

Please visit the Firm's website
**Taftlaw.com/payments/**
to submit your payment

Or contact your local Taft office
at the number listed above.

Please reference Client/File #: 128494/00002, Invoice #: [redacted] with payment.

Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2600 / Chicago, IL 60601
Tel: 312.527.4000 / Fax: 312.527.4011
www.taftlaw.com
FEIN#: [redacted]

August 11, 2026
Invoice # [redacted]

Brian Nelson
[redacted]

---

# INVOICE SUMMARY

Client/File #128494/00002 TWWE

For professional services rendered and costs advanced through August 19, 2026:

**RE: L2 Investments v. Adam Tracy**

| | | |
|---|---|---|
| **Previous Balance** | **$** | **6,108.00** |
| Professional Services | | 21,186.00 |
| Costs Advanced | | 1,046.53 |
| TOTAL THIS INVOICE | | 22,232.53 |
| **TOTAL BALANCE DUE** | **$** | **28,340.53** |

**DUE UPON RECEIPT**

Taft Stettinius & Hollister LLP

Client/File #128494/00002 Invoice #: [redacted]

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description Of Services Rendered | Hours |
|---|---|---|---|
| 4/01/26 | BMOR | Finalize and file complaints and exhibits, pay filing fee, draft and file civil cover sheet, draft and file notice of appearance, draft and file summonses for all three defendants, reviewing prior correspondence and documents received from client as necessary, emails with client and S. Parts regarding same. | 2.10 |
| 4/02/26 | BMOR | Review court's docket entries on judge assignment, magistrate judge availability, and summonses being issued, and coordinate service of process of summonses and complaint on all 3 defendants. | .50 |
| 4/03/26 | BMOR | Review court's order setting initial status hearing and referencing standing order. | .10 |
| 4/06/26 | BMOR | Review affidavit of service as to Blockrunner, file summons returned executed with the court, and emails with staff regarding same. | .30 |
| 4/07/26 | BMOR | Emails with A. Tracy regarding litigation, service, and related issues, review relevant professional rules, and emails with client regarding same, review correspondence with process server regarding service, and emails with staff regarding coordinating same. | .80 |
| 4/08/26 | BMOR | Emails with staff regarding process server issues with serving 1944, LLC, review process server's affidavit regarding serving Tracy, file same with the Court, and review S. Parts' filed appearance. | .40 |
| 4/09/26 | BMOR | Emails with staff regarding process server's unsuccessful service of 1944 LLC, review affidavit of non service on one location, review court rules regarding service as necessary. | .40 |
| 4/13/26 | BMOR | Review and revise draft affidavit to secretary of state for alternative service, emails with staff regarding same. | .20 |
| 4/16/26 | BMOR | Emails with staff regarding service affidavits, and review prior correspondence with process server regarding same. | .20 |
| 4/20/26 | SJPA | Attention to service on 1944, LLC via Illinois Secretary of State. | .50 |
| 4/20/26 | BMOR | Emails with S. Parts regarding service on 1944 LLC, phone call with staff regarding same, and meet with S. Parts to discuss same. | .30 |
| 4/21/26 | SJPA | Coordinate service on 1944, LLC via Illinois Secretary of State. | .30 |
| 4/21/26 | BMOR | Discuss status of service of 1944 with S. Parts. | .10 |
| 4/24/26 | BMOR | Emails with S. Parts regarding service of 1944 LLC and communications with process server. | .20 |
| 4/29/26 | BMOR | Emails with S. Parts regarding 2 defendants' answer deadlines having passed and strategy for seeking default. | .10 |
| 4/30/26 | SJPA | Analyze whether to move for default against Adam Tracy now, or wait until guarantor 1944, LLC has been served. | .30 |
| 5/01/26 | SJPA | Research how to serve 1944, LLC via Secretary of State, and when to file proof of service. | .20 |
| 5/01/26 | BMOR | Emails with S. Parts regarding case strategy and calendar. | .10 |
| 5/04/26 | BMOR | Emails with S. Parts regarding filing proof of service and getting affidavit regarding same. | .30 |
| 5/05/26 | SJPA | Attention to service on 1944, LLC via Secretary of State. | .30 |
| 5/05/26 | BMOR | Review affidavit of service filed for 1944 LLC and emails with S. Parts regarding same. | .20 |
| 5/06/26 | BMOR | Review court's order directing us to file status report, and emails with S. Parts regarding same. | .20 |
| 5/12/26 | SJPA | Draft Court-requested status report. | .50 |

Taft Stettinius & Hollister LLP

Client/File #128494/00002 Invoice #: [redacted]

| Date | Atty | Description Of Services Rendered | Hours |
|---|---|---|---|
| 5/12/26 | BMOR | Review and revise status report, reviewing court rules, case documents, and prior correspondence as necessary, emails with S. Parts regarding same, finalize and file same and coordinate mail service on Defendants. | 1.30 |
| 5/13/26 | SJPA | Confirm that service on secretary of state was mailed to 1944, LLC and records of such mailing were saved; conference with B. Morrell regarding matter status. | .30 |
| 5/13/26 | BMOR | Review court's order regarding status report and/or motion for entry of default, and phone call with S. Parts regarding same and case strategy. | .30 |
| 5/14/26 | BMOR | Emails with S. Parts regarding upcoming default motions. | .10 |
| 5/15/26 | BMOR | Draft email update to client, emails with S. Parts regarding clerk's entry of default motion and extension motion, and review docket and related case documents. | .60 |
| 5/17/26 | BMOR | Emails with case team and client contacts regarding case strategy and future collection efforts. | .20 |
| 5/18/26 | SJPA | Draft motion for entry of default and motion for extension of deadline to file motion for default judgment (2.3); research whether clerk may enter default judgment against Tracy because claim is for a sum certain (0.5). | 2.80 |
| 5/18/26 | BMOR | Review, revise, and file motion for clerk's entry of default, review court rules and docket as necessary, emails with staff regarding same and mail service, emails with S. Parts regarding research into clerk's entry of default judgment for sum certain. | .70 |
| 5/20/26 | BMOR | Emails with research staff regarding research into foreclosure proceeding on A. Tracy's house and running skip trace on him, emails with S. Parts regarding same. | .30 |
| 5/22/26 | SJPA | Analyze status of foreclosure proceedings over 1944 Gladstone Drive; analyze what property Adam Tracy owns and what liens have been recorded against that property. | 1.30 |
| 5/22/26 | BMOR | Review S. Parts' summary of research into Tracy's finances, emails with S. Parts regarding same and regarding upcoming status hearing in foreclosure action, and review and revise draft update to client regarding case status and action items. | .30 |
| 5/26/26 | BMOR | Review court's order entering default and setting status report deadline for next steps, emails with client and case team regarding same and related issues. | .20 |
| 6/04/26 | SJPA | Attend by Zoom hearing in foreclosure case against 1944, LLC; summarize same for B. Morrell. | .50 |
| 6/08/26 | SJPA | Draft motion for default judgment. | 1.80 |
| 6/08/26 | BMOR | Emails with S. Parts regarding draft motion for default judgment, attorney's fees and bills for fee petition, and related issues, and review docket entry from court striking hearing. | .50 |
| 6/19/26 | BMOR | Begin review and revisions to motion for default judgment. | .70 |
| 6/22/26 | BMOR | Review docket entries, prior correspondence, and case documents regarding case deadlines and related issues. | .40 |
| 6/26/26 | BMOR | Draft and file status report, reviewing case documents and prior correspondence as necessary, and coordinate mail service of same on Defendants. | .70 |
| 6/29/26 | BMOR | Emails with staff regarding mail service of status report filed last Friday, and review court's order setting deadline for filing motion for default judgment. | .20 |
| 7/01/26 | BMOR | Review and revise draft motion for default judgment and brief, analyzing case documents, caselaw, statutory provisions, and other sources of law as necessary. | 1.90 |
| 7/10/26 | BMOR | Continue revising and drafting additional content for default judgment brief, analyzing case documents, prior correspondence, caselaw, statutory provisions, and other sources of law as necessary. | 2.10 |
| 7/16/26 | BMOR | Continue drafting and revising motion for default judgment and brief, draft declaration in support, review case documents, caselaw, statutory provisions, and other sources of law as necessary. | 1.60 |

Taft Stettinius & Hollister LLP

Client/File #128494/00002 Invoice #: [redacted]

| Date | Atty | Description Of Services Rendered | Hours |
|---|---|---|---|
| 7/17/26 | BMOR | Complete drafting motion, brief, and declaration in support of default judgment, proofread, compile exhibit, and otherwise finalize and file same, and emails with client regarding same. | 2.50 |
| 7/20/26 | BMOR | Review court's order regarding ruling date for motion for default judgment, coordinate service of same on Defendants, draft and file notice of service regarding same, and coordinate service of same on Defendants. | .40 |
| 7/29/26 | SJPA | Draft proposed order awarding default judgment to plaintiff. | 1.50 |
| 7/29/26 | BMOR | Review court's order granting motion for default judgment and requesting proposed order, emails with S. Parts regarding same, and emails with client regarding same. | .40 |
| 7/30/26 | BMOR | Review, revise, and submit proposed order granting default judgment, analyzing prior correspondence case documents as necessary. | .50 |
| 7/31/26 | BMOR | Review court's order granting default judgment and emails with S. Parts regarding same and regarding fee petition. | .20 |

TOTAL HOURS 32.90

**TOTAL PROFESSIONAL SERVICES 21,186.00**

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 4/01/26 | Filing & recording fees, Benjamin S. Morrell, BSM Filing fee for filing case with federal court 4/1 | 405.00 |
| 4/17/26 | Professional services, It's Your Serve, Inc., Ben Morrell - IYS Invoice on Nelson/Tracy - 4/17/26 | 507.00 |
| 5/12/26 | Professional services, It's Your Serve, Inc., Local standard service to IL Secretary of State for service on 1944, LLC on April 23, 2026. | 104.00 |
| 5/31/26 | POSTAGE | 3.09 |
| 5/31/26 | POSTAGE | 25.96 |
| 6/30/26 | Postage | 1.48 |

**TOTAL COSTS ADVANCED 1,046.53**

**TOTAL THIS INVOICE 22,232.53**

## SUMMARY OF PROFESSIONAL SERVICES

| Atty | Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|---|
| SJPA | Spencer J Parts | Associate | 10.30 | 510.00 | 5,253.00 |
| BMOR | Benjamin S. Morrell | Associate | 22.60 | 705.00 | 15,933.00 |
| | **TOTALS** | | **32.90** | | **21,186.00** |

Taft Stettinius & Hollister LLP

Client/File #128494/00002 Invoice #: [redacted]

## MONTHLY SUMMARY OF PRIOR INVOICES OUTSTANDING:

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| [redacted] | 4/14/26 | 6,108.00 | .00 | 6,108.00 |

**TOTAL PRIOR BALANCE** **6,108.00**

Taft/
Taft Stettinius & Hollister
111 East Wacker Drive, Suite 2600 / Chicago, IL 60601
Tel: 312.527.4000 / Fax: 312.527.4011
www.taftlaw.com
FEIN#: [redacted]

August 11, 2026
Invoice # [redacted]

Brian Nelson
[redacted]

## REMITTANCE ADVICE

Client/File #: 128494/00002 TWWE

| | |
|---|---|
| **PREVIOUS BALANCE** | **$ 6,108.00** |
| **THIS INVOICE TOTAL** | **$ 22,232.53** |
| **TOTAL BALANCE DUE** | **$ 28,340.53** |

**DUE UPON RECEIPT**

**Please return this advice with payment to:**

**Taft Stettinius & Hollister LLP**
**ATTN: Accounts Receivable**
[redacted]

**BEWARE OF CYBER-FRAUD**
**Below are the correct wire/ACH instructions for Taft Stettinius & Hollister LLP. As a best practice, you should always call your Taft contact at a number you know is valid to verbally confirm wire instructions before initiating any transfer - especially if you receive an email containing different information than shown below.**

**Wire Transfer Instructions:**

Wintrust Bank, N.A.
Chicago, IL
Swift Code [redacted]
ABA# [redacted]
Account # [redacted]
Taft Stettinius & Hollister LLP
Send Notices to [redacted]

**To Pay by Credit Card/eCheck:**

Please visit the Firm's website
**Taftlaw.com/payments/**
to submit your payment

Or contact your local Taft office
at the number listed above.

Please reference Client/File #: 128494/00002, Invoice #: [redacted] with payment.